IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

T. B., A CHILD,

        Petitioner,

v.

DEPARTMENT OF JUVENILE
JUSTICE,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-3879

Opinion filed October 19, 2017.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Andy Thomas, Public Defender, and John W. Hedrick, Assistant Public Defender, Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General, and Jason W. Rodriguez, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of habeas corpus is denied on the merits.

WOLF, JAY, and M.K. THOMAS, JJ., CONCUR.